NO. 07-02-0428-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL E
 


JANUARY 21, 2003


______________________________



IN THE INTEREST OF VICTORIA 


ASHLEY LE AND MEGAN DANIELLE LE



 

_________________________________



FROM THE 140TH DISTRICT COURT OF LUBBOCK COUNTY;



NO. 91-535,384; HON. JIM B. DARNELL, PRESIDING 


 _______________________________


Before JOHNSON, C.J., QUINN, J. and BOYD, S.J. (1)

 ON MOTION TO DISMISS

 Appellant Vy Le filed a motion to dismiss this appeal because he longer desires to
prosecute it. Without passing on the merits of the case, we grant the motion to dismiss
pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal. Having
dismissed the appeal at appellant's request, no motion for rehearing will be entertained,
and our mandate will issue forthwith.


 Brian Quinn

 Justice


 
1. John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment. Tex. Gov't Code Ann.
§75.002(a)(1) (Vernon Supp. 2002). 



APP. P. 38.8(a).

 In response to this Court's letter, appellant filed a motion for extension of time to file
appellant's brief. By letter dated November 16, 2006, we granted appellant's motion and
extended the deadline to file his brief to December 28, 2006. On January 3, 2007,
appellant filed another motion for extension of time to file appellant's brief. By letter dated
January 5, 2007, we granted appellant's motion and extended the deadline to file his brief
to January 26, 2007, "with the admonition that additional extensions will not be granted
absent extreme and unusual circumstances." 

 No brief or further motion for extension of time to file appellant's brief has been
received. Accordingly, notice having been given to all parties, we now dismiss the appeal
for want of prosecution. TEX. R. APP. P. 38.8(a)(1); 42.3.


 James T. Campbell 

 Justice